■ In the Matter of FELIX A., a Person Alleged to be a Juvenile Delinquent, Appellant.—Order of disposition by the Family Court, Bronx County, entered in the office of the clerk June 21, 1976, which placed appellant in a title III facility (Bronx State Psychiatric Center), unanimously reversed, on the law, without costs and without disbursements, the prior proceedings vacated, and the matter is remanded for further proceedings *de novo*. The sparse record does not disclose that appellant was advised

of his right to remain silent at the commencement of the fact-finding hearing (Family Ct Act, § 741) or that he was questioned by the trial court as to any of the facts alleged in the petition *(Matter of Lee G.,* 46 AD2d 910). Concur—Birns, J. P., Silverman, Capozzoli and Lane, JJ.